IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN L. BROSSARD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:09-CV-5072-BHS-JRC<br><br><br>ORDER AMENDING THE BRIEFING SCHEDULE |

Based upon the agreed motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant's answering brief shall be filed on or before September 22, 2009;
- Plaintiff's Reply Brief shall be filed on or before October 6, 2009; and
- Requests for oral argument shall be filed on or before October 13, 2009.

DATED this 12th day of August 2009.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:09-CV-5072-BHS-JRC]