IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN L. BROSSARD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:09-CV-5072-BHS-JRC<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will further evaluate the severity of all of Plaintiff's diagnosed impairments, including borderline personality disorder, posttraumatic stress disorder (PTSD), and obesity; the ALJ will further consider the medical source opinions, including the opinions of Dr. Wingate (Tr. 146-149), Dr. Collingwood (Tr. 158-160), Dr. Sattar (Tr. 201-203), Dr. Deutsch (Tr. 141), Dr. Yuodelis-Flores (Tr. 246, 253, 274), Dr. Pasic (Tr. 259, 260), Ms. Young (Tr. 350), and Ms. Wagonblast (Tr. 371), pursuant to the provisions of

20 C.F.R. §§ 404.1527 and 416.927 and Social Security Rulings 96-2p, 96-6p, and 06-3p, and explain the weight given to such opinion evidence; the ALJ will further evaluate Plaintiff's subjective complaints; the ALJ will give further consideration to Plaintiff's maximum residual functional capacity; if necessary, the ALJ will obtain evidence from a medical expert to clarify the nature and severity of Plaintiff's impairments and the materiality of any drug addiction and/or alcoholism; and the ALJ will obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 10th day of September, 2009.

BENJAMIN H. SETTLE
United States District Judge

Recommended for Entry:

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge