UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN L. BROSSARD,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO. C09-5072BHS<br><br>MINUTE ORDER |

     NOW, on this 6th day of January, 2010, the Court directs the Clerk to enter the following Minute Order:

     On December 10, 2009, Plaintiff moved the Court to award attorney fees pursuant to the Equal Access to Justice Act ("EAJA"). Dkt. 23. Although Defendant does not oppose the merits of Plaintiff's request, Defendant does oppose such award on grounds that the motion was untimely – one day late. Dkt. 24. Plaintiff, in reply, urges the Court to find that the fees should be awarded notwithstanding the untimeliness of his motion. *See* Dkts. 28 and 29 (asserting several legal theories on which the Court could rule in Plaintiff's favor). Plaintiff's attorney also filed a declaration claiming that his untimely filing was due to excusable neglect, which he argues is grounds for awarding the EAJA fees. Dkt. 29, Attachment 1, Declaration of Eitan K. Yanich.

     Because the parties disagree as to whether these fees should be awarded, the Court refers the motion for fees (Dkt. 23) and the related motions (Dkts. 27 and 29) to the

MINUTE ORDER – 1

1 | Honorable J. Richard Creatura, United States Magistrate Judge, for a report and
2 | recommendation on the matter.
3 |     The foregoing Minute Order was authorized by the Honorable BENJAMIN H.
4 | SETTLE, United States District Judge.

                                              /s/ Trish Graham
                                              Trish Graham
                                              Judicial Assistant