UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN BROSSARD,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　　　　　Defendant. | CASE NO. C09-5072BHS<br><br>ORDER GRANTING MOTION<br>TO FILE SURREPLY |

After reviewing defendant's motion for leave to file a surreply (Doc. 27), and the balance of the record, the motion is GRANTED. The proposed surreply, filed with the motion, should be docketed appropriately by the court clerk.

DATED this 20th day of January, 2010.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1